UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| AMY E. ROBERTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:12CV75 JAR |
| | ) |
| CAROLYN W. COLVIN,[1] | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter arises on the August 1, 2013 Report and Recommendation ("R&R") of United States Magistrate Judge Lewis M. Blanton (ECF 17).  See 28 U.S.C. § 636.  In the R&R, Judge Blanton recommends that the Court affirm the decision of the Commissioner of Social Security denying Plaintiff Amy Robertson's application for Supplemental Security Income under Title XVI of the Social Security Act.  Plaintiff was granted fourteen days within which to file written objections to the R&R, but to date has filed no objections.

Upon careful consideration of the R&R and the record in this case,

**IT IS HEREBY ORDERED** that the R&R of the United States Magistrate Judge (ECF 17) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED** and Plaintiff's Complaint (ECF 1) is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

Dated this 21st day of August, 2013.

                                                 _____
                                                 JOHN A. ROSS
                                                 UNITED STATES DISTRICT JUDGE